| PROB 22 (Rev. 1/24) | DOCKET NUMBER (Tran. Court) |
|---|---|
| | 20CR01923-001-JLS |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |
| | 2:24-cr-00221-JAD-MDC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Patricia Lynn Dioguardi<br>District of Nevada | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE | |
| FILED ___ RECEIVED ___<br>ENTERED ___ SERVED ON ___<br>SEP 26 2024<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: _____AMMi_____ DEPUTY | Janis L. Sammartino<br>U.S. District Judge | |
| | DATES OF | FROM: 3/6/2024   TO: 3/5/2030 |
| | Supervised Release | |

**OFFENSE**

21 U.S.C. §§ 952 and 960, Importation of Methamphetamine, a Class B felony.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. Dioguardi has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

05/30/2024
Date

*Janis L. Sammartino*
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/4/2024
Effective Date

United States District Judge

7030293

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Patricia Lynn Dioguardi

Case No.: To be assigned

## REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION

September 26, 2024

TO: United States District Judge

On November 23, 2020, Patricia Dioguardi was sentenced in the Southern District of California under case number 3:20CR01923 by the Honorable District Judge Larry Burns. Dioguardi was sentenced to a term of imprisonment of 71 months with six years of supervised release to follow for committing the offense of Importation of Methamphetamine (Mixture). Supervision commenced on March 6, 2024, in the District of Nevada.

Dioguardi is employed full-time; she is attending drug testing as required through our third-party treatment provider, along with weekly substance abuse treatment. Dioguardi is residing at a sober living house and maintains all the requirements of the house. At this time our office has no major concerns or noted issues of noncompliance.

Dioguardi intends to remain in Nevada for the foreseeable future. To address any future matters that may require the Court's attention in an expeditious manner and for judicial economy, the undersigned officer is requesting that jurisdiction be accepted by the District of Nevada. As witnessed by his signature on the attached Prob 22 (Transfer of Jurisdiction) Judge Larry Burns agreed to relinquish jurisdiction of the case. Should you have any questions, please contact the undersigned officer at (702) 236-8732.

Respectfully submitted,

_____
Amanda Stevens
United States Probation Officer

Approved:

_____
Steve M Goldner
Supervisory United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Patricia Lynn Dioguardi